# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 13, 2015

### NO. 03-13-00213-CV

**Jimmy Boyd Quick, Appellant**

**v.**

**Tammy Lou Quick Greenblum and Richard Greenblum, Appellee**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PEMBERTON, BOURLAND, AND ABOUSSIE*
### AFFIRMED -- OPINION BY JUSTICE ABOUSSIE

This is an appeal from the summary judgment signed by the district court on February 25, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's summary judgment. Therefore, the Court affirms the district court's summary judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).